UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1890**

BRIAN BACCHUS,

                    Plaintiff - Appellant,

          v.

SOUTHEASTERN MECHANICAL SERVICES, INCORPORATED,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:10-
cv-01684-RWT)

Submitted:  November 15, 2011          Decided:  November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian Bacchus, Appellant Pro Se.  David W. Long-Daniels, Natasha
L. Wilson, GREENBERG TRAURIG, LLP, Atlanta, Georgia; John
Francis Scalia, GREENBERG TRAURIG, LLP, McLean, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Bacchus appeals the district court's order granting appellee's summary judgment motion. We have reviewed the record and find no reversible error. Accordingly, we deny Bacchus' motion for a subpoena and affirm for the reasons stated by the district court. Bacchus v. Southeastern Mech. Servs., Inc., No. 8:10-cv-01684-RWT (D. Md. July 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED